UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Derron Jones,

                Plaintiff(s),

v.                                            Case No. 2:25−cv−10136−BRM−APP
                                                Hon. Brandy R. McMillion

Detroit Tigers, Inc.,

                Defendant(s),
_____/

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Brandy R. McMillion as follows:

- SCHEDULING CONFERENCE:  July 21, 2025 at 10:30 AM

    The conference shall be initiated by the Court.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**   Please call 313−261−7355 Phone conference ID 721 734 984#

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Leanne Hosking
                                                            Case Manager

Dated:  June 18, 2025